23

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE,TEXAS

United States District Court
Southern District of Texas
FILED

APR 2 3 2002

Michael N. Milby
Clerk of Court

Clarence Palmer,694771      §
    Petitioner      §
v.      §      Civil Action NO. B97-067
Janie Cockrell,Director      §
Texas Department Of Criminal      §
Justic,Institution Division      §
    Respondent.      §
      §

)      ## MOTION REQUESTING FINAL JUDGMENT

To The Honorable Judge of said Court:

    Now Comes Clarence Palmer, Pro Se hereafter refered to as the petitioner in the above styled cause and present a motion, Requesting Final Judgment in the above cause disposed of November 20, 1998 and December 2,1999.

    Athough the orders of November 20, 1998 and December 2,1999 disposed of litigation, they both contain the analysis and the reason for the decision and is therefore not a "Separate docu-ment" judgment as required by Fed.R.C.P.58. See Whitaker v.-City of Houston,Texas, 963 F.2d 831,833 (5th Cir.1992) A statement tacket on at the end of an opinion is not a judgment.

    Clerical mistake in judgment, orders or other parts of the record and errors therein arising from oversight or omission maybe corrected by the court at any time of its own initiative or the motion of any party and after such notice, if any, as the court orders, Fed.R.C.P.60.

Respectfully submitted,
Clarence Palmer,694771 Pro Se
Wynne Unit-C-3-2-23-T
Huntsville,Texas.77349