UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 3 0 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLARENCE PALMER, #694771        *
                                *
        VS                      *   C.A. NO. B-97-067
                                *
JANIE COCKRELL, Director        *
Texas Department of Criminal    *
Justice, Institutional Division *

## O R D E R

Petitioner Clarence Palmer has filed a Motion Requesting Final Judgment (Docket No. 23). This Court has entered a final order in this matter which may be construed as a final judgment for all purposes (attached hereto). Accordingly, Petitioner's Motion is DENIED as moot.

DONE at Brownsville, Texas, on 25th day of April 2002.

Felix Recio
United States Magistrate Judge