UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLARENCE PALMER, §
Petitioner, §
§
v. §
§  CIVIL ACTION NO. B-97-067
JANIE COCKRELL, DIRECTOR, §
TEXAS DEPARTMENT OF CRIMINAL §
JUSTICE, INSTITUTIONAL DIVISION, §
Respondent. §

## ORDER

Before the Court is Petitioner Clarence Palmer's Motion Requesting Final Judgment (Doc. # 23). Petitioner's Motion is GRANTED, and his 28 U.S.C. § 2254 Application to Vacate, Set Aside, or Correct Sentence is hereby DENIED. Additionally, Petitioner's Application for a Certificate of Appealability is also DENIED. This order preempts the April 30, 2002 order on file (Doc. # 24), and hereby closes this case.

DONE at Brownsville, Texas this 18th day of July, 2002.

Hilda Tagle
United States District Judge