United States District Court
Southern District of Texas
FILED
JUL 2 1 2003
Michael N. Milby
Clerk of Court

MICHAEL MILBY, CLERK
U.S. DISTRICT COURT
BROWNSVILLE, TEXAS. 78521

Re. Palmer v. Cockrell    U.S.D.C. B-97-CV-67
    U.S.C.A. 02-41136-0340936

Dear Sir:

Please communicate to me the charge for duplicating the following documents in your possession.

(1) Copies of all previous chapter 2254 petitions Challenging the judgment in the above mention case.

(2) Any complaint regardless of title that was subsequently treated by the district court as a chapter 2254 motion;

(3) All court opinions and order disposing of the claims advanced in (1) above; and

(4) All Magistrate judge's reports and recommendations issued in connection with the claims advance in (1) above.

Please use the enclosed postpaid envelope for your response.
    Thanks for your cooperation in the above matter.

    clarence Palmer, # 694771
    Wynne Unit-C-3-2-26-T
    Huntsville, Texas. 77349

MAIL

United States District Court
Southern District of Texas
RECEIVED
JUL 2 1 2003
Michael N. Milby
Clerk of Court