30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLARENCE PALMER,
Petitioner,

v.

JANIE COCKRELL, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,
Respondent.

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. B-97-067

## ORDER

Before the Court is Petitioner Clarence Palmer's Letter to the Court in which he requests 1) a copy of all his Section 2254 petitions or motions which were construed as such; 2) all court opinions (including any documentation from the Fifth Circuit) which disposed of his claims; and 3) all Report and Recommendations issued in connection with his claims (Doc. # 29). The United States District Clerk's Office is hereby ORDERED to make duplicates of the above mentioned documents, and send them to the Petitioner at the Wynne Unit in Huntsville, Texas.

DONE at Brownsville, Texas this 24th day of July, 2003.

Felix Recio
United States Magistrate Judge